UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CASTILLO ESEQUIEL SANTIAGO, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:21-CV-00035 |
| | § | |
| AARON'S, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF TRANSFER

Pending before the Court in the above referenced premises liability action is Defendant's Unopposed Motion to Transfer this case to the United Stated District Court for the Southern District of Texas, Brownsville Division. D.E. 3. After due consideration, the Court finds that venue exists in Brownsville, where the claim arose, and good cause exists to permit transfer. The Court ORDERS that Defendant's Unopposed Motion to Transfer is GRANTED and that this case is TRANSFERRED to the United States District Court of the Southern District of Texas, Brownsville Division.

ORDERED this 12th day of March, 2021.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE